# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Mark Thomas, individually
and on behalf of all others similarly situated
v.
Hugo's Frog Bar-Naperville, LLC

Case Number:

PH

08 C 455

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark Thomas

JUDGE BUCKLO
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print)<br>Keith J. Keogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Keith J. Keogh | |
| FIRM<br>Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS<br>227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6257811 | TELEPHONE NUMBER<br>312.726.1092 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |