## *United States District Court for the Northern District of Illinois*

Case Number: 08cv455 | Assigned/Issued By: PH

Judge Name: Bucklo | Designated Magistrate Judge: Valdez

### FEE INFORMATION

***Amount Due:*** ☑ $350.00 ☐ $39.00 ☐ $5.00

☐ IFP ☐ No Fee ☐ Other ______________

☐ $455.00

Number of Service Copies ____________ Date: ________________________

(For Use by Fiscal Department Only)

Amount Paid: $350.00 Receipt #: 2479818

Date Payment Rec'd: 01/22/2008 Fiscal Clerk: _________________

### ISSUANCES

☑ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ ________________________

(Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment

______________________________

______________________________

(Victim, Against and $ Amount)

1 Original and 0 copies on 01/22/2008 as to
(Date)

Def