# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Mark Thomas v. Hugo's Frog Bar - Naperville, LLC

Case Number: 08 cv 455

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hugo's Frog Bar - Naperville, LLC

| | |
|---|---|
| NAME (Type or print)<br>Laura A. Bernatowicz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Laura A. Bernatowicz | |
| FIRM<br>Katten Muchin Rosenman LLP | |
| STREET ADDRESS<br>525 W. Monroe Street | |
| CITY/STATE/ZIP<br>Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289055 | TELEPHONE NUMBER<br>312-902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |