**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, Plaintiff, | ) | Case No.: 08-C-455 |
| v. | ) | |
| HUGO'S FROG BAR – NAPERVILLE, LLC Defendant. | ) | Hon. Judge Elaine E. Bucklo<br>Magistrate Judge Valdez |

**AGREED MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Hugo's Frog Bar – Naperville, LLC ("Hugo's"), by its attorneys, moves this Court to grant an extension to, and including, March 25, 2008 to answer or otherwise plead in response to the Complaint in this action. In support, Hugo's states:

1. On January 22, 2008, Mark Thomas, individually, and on behalf of all others similarly situated ("Plaintiff") filed the Complaint in this action. Hugo's was served on or about January 30, 2008.

2. On February 19, 2008, counsel for Hugo's spoke with counsel for Plaintiff who confirmed that Plaintiff does not oppose this request and agreed to allow Hugo's until March 25, 2008 within which to respond.

3. No prior motions have been made requesting any additional time to respond, and no orders have been entered allowing an extension of time.

4. Hugo's does not make this request for purposes of delay. Rather, Hugo's recently retained counsel to represent it in this case, and counsel requires additional time to investigate the factual basis of the allegations of the Complaint and any potential defenses.

WHEREFORE, Defendant requests that this Court enter the attached Proposed Order granting it until March 25, 2008 to respond to the Complaint, and all additional relief this Court deems just and proper.

Dated: February 20, 2008

Respectfully submitted,

Hugo's Frog Bar – Naperville, LLC

By: s/ Jonathan S. Feld______________
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)