# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No.: 08-C-455 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Elaine E. Bucklo |
| HUGO'S FROG BAR – NAPERVILLE, LLC | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## ORDER

This matter having come before this Court to be heard on Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Respond (the "Agreed Motion"), and good cause having been shown, it is hereby ORDERED:

1. The Agreed Motion is granted.

2. Defendant is granted until March 25, 2008 to answer or otherwise respond to the Complaint and all additional relief this Court deems just and proper.

ENTERED:

Date: ____________________

____________________________________
Judge Elaine E. Bucklo