**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No.: 08-C-455 |
| v. | ) | |
| | ) | Hon. Judge Elaine E. Bucklo |
| HUGO'S FROG BAR – NAPERVILLE, LLC | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, on February 25, 2008 at 9:30 a.m. in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the Agreed Motion for Extension of Time to Answer or Otherwise Respond, a copy of which is attached hereto and hereby served upon you.

Dated: February 20, 2008

Respectfully submitted,

Hugo's Frog Bar – Naperville, LLC

By: s/ Jonathan S. Feld
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)