**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mark Thomas
Plaintiff,
v.
Hugo's Frog Bar−Naperville, LLC
Defendant.

Case No.: 1:08−cv−00455
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendant's motion to dismiss or stay [20] is denied. Scheduling conference held on 3/28/2008 and the court approved paries' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 9/30/08. Defendant shall comply with FRCP(26)(a)(2) by 10/30/08. Status hearing set for 7/25/2008 at 09:30 AM. Discovery ordered closed by 9/30/2008. Dispositive motions with supporting memoranda due by 12/3/2008.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.