**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated | ) | 08 C 455 |
| Plaintiff, | ) | Judge Elaine E. Bucklo |
| v. | ) | Magistrate Judge Valdez |
| HUGO'S FROG BAR-NAPERVILLE, LLC. | ) | JURY DEMANDED |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that:

1. Defendant's written objections to Plaintiff's Rule 34 Requests are due on April 15, 2008.

2. Defendant's documents in response to Plaintiff's Rule 34 Requests are due on April 30, 2008.

3. Defendant's responses to Plaintiff's Interrogatories are due on April 15, 2008.

4. Defendant's responses to Plaintiff's Requests for Admission are due on April 30, 2008.

Respectfully submitted,

/s/ Keith J. Keogh
*Counsel for Plaintiff*

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe St., Suite 2000
Chicago, Illinois 60606
(312) 726-1092 (office)
(312) 726-1093 (fax)

/s/ Laura A. Bernatowicz
*Counsel for Defendant*

Jonathan S. Feld
Dawn M. Canty
Laura A. Bernatowicz
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200