**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No.: 08-C-455 |
| v. | ) | |
| | ) | Hon. Judge Elaine E. Bucklo |
| HUGO'S FROG BAR – NAPERVILLE, LLC | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Hugo's Frog Bar – Naperville, LLC ("Hugo's"), by its attorneys, moves this Court to grant an extension to, and including, May 20, 2008 for Hugo's to respond to Plaintiff's Motion for Class Certification and grant an extension to, and including, June 3, 2008 for Plaintiff to reply in support of his Motion for Class Certification. In support, Hugo's states:

1. On February 29, 2008, this Court entered an order requiring Defendant Hugo's to respond to Plaintiff's Motion for Class Certification by May 1, 2008 and Plaintiff to reply in support of his Motion for Class Certification by May 15, 2008.

2. On April 11, 2008, counsel for Hugo's spoke with counsel for Plaintiff who confirmed that Plaintiff does not oppose this request for an extension of time and agreed to allow Hugo's until May 20, 2008 within which to respond to his Motion for Class Certification.

3. Plaintiff also agreed to be given until June 3, 2008 within which to reply in support of his Motion for Class Certification.

4. No prior motions have been made requesting any additional time to respond to the Motion for Class Certification, and no orders have been entered allowing an extension of time to respond to the Motion.

5. Hugo's does not make this request for purposes of delay. Rather, because the parties were unable to schedule Plaintiff's deposition before May 1, 2008, due to scheduling conflicts of both parties, Hugo's is not able to conduct a deposition of Plaintiff for the purposes of responding to his Motion for Class Certification until May 13, 2008.

6. Hugo's thus requests that, pursuant to the parties' agreement, its response to the Motion for Class Certification be due one week after Plaintiff's deposition, on May 20, 2008 and that the deadline for Plaintiff's reply in support of his Motion for Class Certification be set for June 3, 2008.

WHEREFORE, Defendant Hugo's requests that this Court enter the Proposed Order granting it until May 20, 2008 to respond to the Plaintiff's Motion for Class Certification, granting Plaintiff until June 3, 2008 to reply in support of his Motion for Class Certification, and all additional relief this Court deems just and proper.

Dated: April 11, 2008

Respectfully submitted,

Hugo's Frog Bar – Naperville, LLC

By: s/ Laura A. Bernatowicz______
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)