IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| | ) | No. 08 C 455 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| HUGO'S FROG BAR-NAPERVILLE, LLC, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, on April 16, 2008 at 9:30 a.m. in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present Defendant Hugo's Frog Bar- Naperville, LLC's Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification, a copy of which is attached hereto and hereby served upon you.

Dated: April 11, 2008

Respectfully submitted,

Hugo's Frog Bar – Naperville, LLC

By: s/ Laura A. Bernatowicz__________
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Laura A. Bernatowicz (6289055)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing **Notice of Agreed Motion** and **Defendant Hugo's Frog Bar- Naperville, LLC's Agreed Motion for Extension of Time To Respond To Plaintiff's Motion for Class Certification** were filed electronically with the Clerk of the Court on this 11th day of April, 2008, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street
Suite 2000
Chicago, Illinois 60606

s/ Laura A. Bernatowicz__________