Hugo's Frog Bar & Fish House
55 South Main Street
Naperville IL 60611
630-548-3764

Server: EVELYN DOB: 05/19/2007
11:33 PM 05/19/2007
Table 13/1 3/30059

VISA 4194376
Card #XXXXXXXXXXXX4835 Exp:0507
Magnetic card present: THOMAS
MARK
Approval: 096962

Amount: 42.75

+ Tip: 10

= Total: 52.75

X______________________________

Approval: 096962

MERCHANT COPY