**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mark Thomas

Plaintiff,

v.

Case No.: 1:08−cv−00455
Honorable Elaine E. Bucklo

Hugo's Frog Bar−Naperville, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendant's agreed motion for extension of time to file response/reply regarding MOTION to certify class[8] [25] is granted. Responses to motion to certify class due by 5/20/2008. Replies due by 6/3/2008. Target date for ruling by mail reset for 7/2/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.