IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | No. 08 C 455 |
| Plaintiff, | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| HUGO'S FROG BAR-NAPERVILLE, LLC, | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**NOTICE OF FILING**

TO: Counsel of Record

PLEASE TAKE NOTICE that on May 20, 2008, we filed Defendant's Opposition to Motion for Class Certification electronically with the Clerk of the Court using the CM/ECF system, a copy of which is attached hereto and hereby served upon you.

Dated: May 20, 2008

Respectfully submitted,

Hugo's Frog Bar – Naperville, LLC

By: s/ Laura A. Bernatowicz__________
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Laura A. Bernatowicz (6289055)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and accurate copies of the foregoing **Notice of Filing** and **Defendant's Opposition to Motion for Class Certification** were filed electronically with the Clerk of the Court on this 20th day of May, 2008, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street
Suite 2000
Chicago, Illinois 60606

s/ Laura A. Bernatowicz__________