# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| | ) | No. 08 C 455 |
| Plaintiff, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | |
| HUGO'S FROG BAR- NAPERVILLE, LLC, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO CLASS REPRESENTATIVE (CLASS DISCOVERY)**

Plaintiff responds to defendant's First Set of Requests for Admission to Class Representative (Class Discovery) as follows:

**REQUESTS FOR ADMISSION**

1. Admit that Plaintiff has suffered no actual damages as a result of Defendant's alleged violations of FACTA.

**RESPONSE:** Denied. Plaintiff states that he is now at a heightened risk of identity theft as a result of defendant's actions.

2. Admit that Plaintiff has suffered no actual damages as a result of Plaintiff's allegations in paragraph 20 of the Complaint that state: "On May 12, 2007 and May 19, 2007, plaintiff received from Hugo's at its South Main Street store in Naperville, a computer generated receipt which displayed his expiration date".

**RESPONSE:** Denied. Plaintiff states that he is now at a heightened risk of identity theft

as a result of defendant's actions.

3. Admit that Plaintiff is unaware of any identity theft resulting from Plaintiff's allegations in paragraph 20 of the Complaint that Hugo's displayed Plaintiff's credit or debit card's expiration date on two receipts printed on May 12, 2007 and May 19, 2007.

**RESPONSE**: Admit.

4. Admit that Plaintiff is not aware of any receipt printed by Hugo's after December 4, 2006 that displayed more than the last five digits of a person's credit card or debit card number.

**RESPONSE**: Plaintiff admits that he is not aware of any receipt printed by defendant after December 4, 2006 that displayed more than the last five digits of a person's credit card or debit card number. However, plaintiff states that he was provided two receipts by defendant after December 4, 2006 that displayed his credit card expiration date.

5. Admit that Plaintiff has no actual knowledge that Defendant knew of FACTA's requirement prohibiting printing on a receipt the expiration date of a person's credit or debit card.

**RESPONSE**: Denied. Plaintiff states that on information and belief VISA, Master Card, the PCI Security Standards Council a consortium founded by VISA, Master Card, Discover, American Express and 3CR- companies that sell cash registers and other devices for the processing of credit or debit card payments informed defendant about FACTA, including its

specific requirements concerning the truncation of credit card and debit card numbers and prohibition on the printing of expiration dates, and defendant's need to comply with same.

6. Admit that Plaintiff has no actual knowledge of Plaintiff's allegation in paragraph 35 of the Complaint that defendant knew of the "truncation requirement."

**RESPONSE**: Denied. Please see response to Request for Admission No. 5.

7. Admit that Plaintiff filed a case against Ritz Camera Center, Inc. in the Northern District of Illinois on January 22, 2008.

**RESPONSE**: Admit.

8. Admit that Plaintiff filed a case against Ritz Camera Center, Inc. containing virtually identical allegations of willfulness as the Complaint filed in the instant case.

**RESPONSE**: Admit. Plaintiff further states that the two cases are identical with respect to defendant's violation and the relief requested therein.

9. Admit that paragraphs 2, 17, 21, 23, 25-77 of the Complaint in the instant case are identical to paragraphs 2, 17, 21, 23, 25-77 of the complaint filed by Plaintiff against Ritz Camera Center, Inc. on January 22, 2008.

**RESPONSE**: Admit. Plaintiff further states that the two cases are identical with respect to defendant's violation and the relief requested therein.

Submitted by: Mark Thomas

By: ______________________
Keith J. Keogh

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I caused a true and correct copy of the foregoing to be served upon the above individuals via United States Mail and facsimile.

Jonathan S. Feld
Dawn M. Canty
Kattent, Muchin, Rosenman, LLP.
525 W. Monroe Street
Chicago, Illinois 60661
312.902.1061 (fax)

Keith J. Keogh