IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated, | ) | |
| | ) | No. 08 C 455 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| HUGO'S FROG BAR- NAPERVILLE, LLC, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, on June 18, 2008 at 9:30 a.m. in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present *Defendant Hugo's Frog Bar-Naperville, LLC's Hugo's Frog Bar-Naperville, LLC's Motion For Judgment On The Pleadings On Plaintiff's Original Complaint and Memorandum In Support Of Its Motion For Judgment On The Pleadings And In Opposition To Plaintiff's Motion For Leave To Amend*, a copy of which is attached hereto and hereby served upon you.

Dated: June 13, 2008

Respectfully submitted,

**HUGO'S FROG BAR – NAPERVILLE, LLC**

By: /s/ Dawn M. Canty
One of Its Attorneys

Jonathan S. Feld (6270992)
Dawn M. Canty (6200971)
Laura A. Bernatowicz (6289055)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and accurate copies of the foregoing *Defendant Hugo's Frog Bar-Naperville, LLC's Hugo's Frog Bar-Naperville, LLC's Motion For Judgment On The Pleadings On Plaintiff's Original Complaint and Memorandum In Support Of Its Motion For Judgment On The Pleadings And In Opposition To Plaintiff's Motion For Leave To Amend* were filed electronically with the Clerk of the Court on this 13th day of June, 2008, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Keith J. Keogh
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street
Suite 2000
Chicago, Illinois 60606

/s/ Dawn M. Canty
DAWN M. CANTY