**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark Thomas
Plaintiff,
v.
Case No.: 1:08−cv−00455
Honorable Elaine E. Bucklo
Hugo's Frog Bar−Naperville, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Elaine E. Bucklo: Hearing on motions held on 6/17/2008. Plaintiff's Motion for leave to file amended complaint [31] is granted. Defendant's Motion for judgment on the pleadings [33] is entered and continued. Plaintiff to respond to the motion by 7/1/2008. Defendant to reply by 7/14/2008. Ruling by mail on or about 8/12/2008. No appearance is necessary on 6/18/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.