**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark Thomas
Plaintiff,
v.
Hugo's Frog Bar−Naperville, LLC
Defendant.

Case No.: 1:08−cv−00455
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

MINUTE entry before the Honorable Elaine E. Bucklo: The order of 6/17/2008 is amended as follows: Hearing on motions held on 6/17/2008. Plaintiff's Motion for leave to file amended complaint [31] is entered and continued. Plaintiff to file supplemental brief by 7/1/2008. Defendant to respond by 7/14/2008. Defendant's Motion for judgment on the pleadings [33] is entered and continued. Plaintiff to respond to the motion by 7/1/2008. Defendant to reply by 7/14/2008. Ruling on both motions by mail on or about 8/12/2008. No appearance is necessary on 6/18/2008. The Clerk is directed to remove document #37 (AMENDED complaint) from the docket because it was entered in error. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.