**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK THOMAS, individually | ) | |
| and on behalf of all | ) | |
| others similarly situated | ) | 08 C 455 |
| | ) | |
| Plaintiff, | ) | Judge Bucklo |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| HUGO'S FROG BAR-NAPERVILLE, LLC. | ) | |
| | ) | JURY DEMANDED |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**TO FILE RESPONSE BRIEF *INSTANTER***

Plaintiff respectfully requests that this Court enter an order permitting him to file his brief in support of his motion for leave to amend the complaint, and response to defendant's motion for judgment on the pleadings *instanter*, and to reset the due date for defendant's brief to July 18, 2008. The proposed brief is attached as Appendix A.

In support of this motion, plaintiff states:

1. The brief plaintiff requests leave to file *instanter* was due on July 1, 2008.

2. Plaintiff's counsel has been engaged in a RESPA, "qualified written request" jury trial before Judge Dow, *Morris v. RBC Mortgage*, 05 C 6920, since June 24, 2008. The beginning of the trial was continued by one day, and has lasted several days longer than anyone anticipated. The jury reached a verdict for plaintiff on July 3, 2008 at noon.

3. Not only has the trial taken more days than expected, additional briefing on difficult state law negligence issues has been necessary over the past week and a half, such that counsel has worked very late nights with tight deadlines, sometimes 24 to 48 hour deadlines.

4. Plaintiff's counsel has been so engrossed in the trial, that counsel overlooked

the due date for the response brief in this case. Counsel files this motion two days after the due date, along with the completed brief as soon as possible after realizing the error.

5. Defense counsel does not oppose this motion, and has requested that plaintiff ask the Court to reset its due date for July 18, 2008.

6. This motion is not filed to cause prejudice to any party or undue delay.

WHEREFORE, plaintiff respectfully requests that this Court enter an order permitting him to file his brief in support of his motion for leave to amend the complaint, and response to defendant's motion for judgment on the pleadings *instanter*, and to reset the due date for defendant's brief to July 18, 2008. The proposed brief is attached as Appendix A.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, IL 60606
(312) 726-1092
(312) 726-1093 (fax)

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke hereby certify that on July 3, 2008, I caused a true and correct copy the forgoing document to all attorneys of record through the ECF system for the Northern District of Illinois.

/s/Alexander H. Burke