**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK THOMAS, individually | ) | |
| and on behalf of all | ) | |
| others similarly situated | ) | 08 C 455 |
| | ) | |
| Plaintiff, | ) | Judge Bucklo |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| HUGO'S FROG BAR-NAPERVILLE, LLC. | ) | |
| | ) | JURY DEMANDED |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:

Laura Ann Bernatowicz laura.bernatowicz@kattenlaw.com
Dawn Marie Canty dawn.canty@kattenlaw.com
Jonathan S. Feld jonathan.feld@kattenlaw.com, ecfdocket@kattenlaw.com, sara.medina@kattenlaw.com

**PLEASE TAKE NOTICE** that on **July 15, 2008 at 9:30 a.m.**, I shall appear before the Honorable Elaine E. Bucklo in Room 1441 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S UNOPPOSED MOTION TO FILE RESPONSE BRIEF *INSTANTER***, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I caused a true and correct copy of the foregoing to be served upon the individual listed above via United States Mail.

/s/Alexander H. Burke