**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark Thomas

Plaintiff,

v.

Case No.: 1:08−cv−00455
Honorable Elaine E. Bucklo

Hugo's Frog Bar−Naperville, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

MINUTE entry before the Honorable Elaine E. Bucklo:Judgment on the pleadings is entered in favor of defendant on plaintiff's original complaint. Plaintiff's motion to amend the complaint is denied as futile. The authority cited by plaintiff in support of his claim that despite the 2008 amendment to the Fair Credit Reporting Act he can still state a claim for actual damages based on his fear that someone could use the expiration date on a receipt for an improper purpose is inapplicable. Congress has decided that it is unlikely that harm will be caused by the mistake alleged to have been made here, namely printing the expiration date of credit cards on receipts. The amendment to the Fair Credit Reporting Act specifically says that a merchant who prints an expiration date (and is otherwise in compliance with the act) shall not be in willful noncompliance. In this case, that is all that is alleged. Therefore, there is no cause of action. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.