# United States District Court
## Northern District of Illinois
### Eastern Division

Thomas

v.

Hugo's Frog Bar-Naperville

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 455

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment on the pleadings is entered in favor of defendant on plaintiff's original complaint and plaintiff's complaint is, therefore, dismissed with prejudice. Plaintiff's motion to amend the complaint is denied as futile.

Michael W. Dobbins, Clerk of Court

Date: 7/23/2008

________________________________
/s/ Mathew P. John, Deputy Clerk